**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 06-7540**

_____

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

REGINA VENGOECHEA, a/k/a Regina Lopez De
Vengoechea,

Defendant - Appellant.

_____

Appeal from the United States District Court for the District of
South Carolina, at Greenville. Margaret B. Seymour, District
Judge. (6:99-cr-00098-MBS)

_____

Submitted: December 14, 2006        Decided: December 21, 2006

_____

Before MICHAEL, GREGORY, and SHEDD, Circuit Judges.

_____

Dismissed by unpublished per curiam opinion.

_____

Regina Vengoechea, Appellant Pro Se. Arthur Bradley Parham, OFFICE
OF THE UNITED STATES ATTORNEY, Florence, South Carolina, for
Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Regina Vengoechea seeks to appeal her conviction and sentence. In criminal cases, the defendant must file the notice of appeal within ten days after the entry of judgment. Fed. R. App. P. 4(b)(1)(A). With or without a motion, upon a showing of excusable neglect or good cause, the district court may grant an extension of up to thirty days to file a notice of appeal. Fed. R. App. P. 4(b)(4); United States v. Reyes, 759 F.2d 351, 353 (4th Cir. 1985).

The district court entered judgment on June 27, 2000. The notice of appeal was filed on August 30, 2006.[*] Because Vengoechea failed to file a timely notice of appeal or to obtain an extension of the appeal period, we dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

---

[*]Vengoechea filed a "Certificate of Appealability" that the district court docketed as a notice of appeal. We have given Vengoechea the benefit of Houston v. Lack, 487 U.S. 266 (1988), and Fed. R. App. P. 4(c), in calculating when her notice of appeal was filed.